Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Valerie Bradbury (SBN 249868)
valerie@handslawgroup.com
Lauren Davis (SBN 294115)
lauren@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**ERIC CLEVELAND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual, | CASE NO.: 2:22-cv-00759-SVW-PVC |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| YOUNG MI CHA, an individual; ERIC JOON CHA, an individual; and Does 1-10, | The Hon. Stephen V. Wilson<br>Trial Date:  Not on Calendar |
| Defendants. | |

The Parties hereby jointly notify the court that a confidential settlement has

been reached in the above-captioned case and the parties would like to avoid any

additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 90 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: May 26, 2022                  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**


By:  ___/s/Anoush Hakimi_____
      Anoush Hakimi, Esq.
      Attorneys for Plaintiff, Eric Cleveland


DATED:  May 26, 2022                 **MARH & ASSOCIATES**


By:  ___/s/ David Marh_____
      David Marh, Esq.
      Attorney for Defendants, Young Mi Cha
      and Eric Joon Cha

JOINT NOTICE OF SETTLEMENT

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff Eric Cleveland

JOINT NOTICE OF SETTLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT